**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WESTERN EXPRESS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:05-0761** |
| | ) | **Judge Echols** |
| **ROBERT LEE PIKE, JR., and** | ) | |
| **P & S TRANSPORTATION, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the Memorandum entered contemporaneously herewith, Defendants' Motion to Dismiss for Failure to State a Claim, or, in the Alternative, for a More Definite Statement (Docket Entry No. 7) is hereby GRANTED IN PART AND DENIED IN PART. Defendants' Motion to Dismiss is hereby DENIED, however, their alternative request for a More Definite Statement is GRANTED. Within twenty (20) days of the date of entry of this Order, Plaintiff shall file an Amended Complaint addressing the deficiencies noted in the accompanying Memorandum.

This case is returned to the Magistrate Judge for further case management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE